IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHAALO-AZUTE':WOMBLE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-006 |
| | ) | |
| RICHMOND COUNTY SUPERIOR | ) | |
| COURTS; HATTIE HOLMES SULLIVAN; | ) | |
| JARED WILLIAMS; and RICHARD | ) | |
| ROUNDTREE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff abandoned his case when he failed to comply with the Court's February 3, 2025 Order directing Plaintiff to submit an updated motion to proceed *in forma pauperis* or the $405.00 filing fee and an amended complaint. (See doc. no. 6; see also doc. no. 5.) The Court has since been informed its February 3rd Order has been returned; Plaintiff is no longer located at the address he has on file with the Court. (See doc. no. 8.) Accordingly, in addition to Plaintiff's abandonment of this case as described in the Magistrate Judge's Report and Recommendation, the Court is now saddled with a stagnant case and no way to communicate with Plaintiff. Thus, this case is also subject to dismissal because Plaintiff failed to keep the Court apprised of a current

address in direct violation of the Local Rules. See L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change.").

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, as modified herein, as its opinion, **DISMISSES** this case without prejudice for failure to prosecute, and **CLOSES** this civil action.

SO ORDERED this 17th day of April, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA