AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHAALO-AZUTE':WOMBLE, SR.,

v.

RICHMOND COUNTY SUPERIOR COURTS;
HATTIE HOLMES SULLIVAN; JARED WILLIAMS;
and RICHARD ROUNDTREE,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:25-cv-0006

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed April 17, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice for failure to prosecute. This civil action stands closed.



4/17/2025
Date

John E. Triplett, Clerk of Court
Clerk

*Ann Duke*
(By) Ann Duke, Deputy Clerk